# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLOS ALFREDO GURRY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81827

**FILED**

NOV 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus or prohibition seeking an order directing the district court to consider petitioner's motion for bail pending appeal in *State v. Gurry*, Docket Nos. 79961 and 79962. We decline to intervene in this matter at this time. Petitioner is represented by counsel in the criminal proceedings and should proceed by and through his counsel. Further, in light of our disposition of the appeals in Docket Nos. 79961 and 79962, the motion for bail pending appeal is moot. Thus, petitioner may pursue bail or other release in the normal course. *See* NRS 178.484; NRS 178.4853; NRS 178.498; *see also Valdez-Jimenez v. Eighth Judicial Dist. Court*, 136 Nev., Adv. Op. 20, 460 P.3d 976, 984 (2020) (substantive due process mandates that bail be imposed only where

20-41489

necessary to ensure the defendant's appearance or to protect the community). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Parraguirre

_____, J.
Hardesty

cc:  Hon. Michael Villani, Dist. Judge
     Carlos Alfredo Gurry
     Christopher R. Oram, Esq.
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk